UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG ERVIN WIMBERLY,

    Plaintiff,

    v.

RON BROOMFIELD, et al.,

    Defendants.

Case No. 24-cv-01489-EKL

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On October 31, 2024, the Court dismissed the amended complaint with leave to amend after discussing the deficiencies of the filing. ECF No. 14. On January 30, 2025, the Court denied plaintiff's motion to appoint counsel but provided plaintiff an additional twenty-eight days to file a second amended complaint. ECF No. 18. The time to file a second amended complaint has passed and plaintiff has not submitted a second amended complaint or otherwise communicated with the Court. The case is DISMISSED without prejudice for failure to state a claim as set forth in the prior order.

**IT IS SO ORDERED.**

Dated: March 17, 2025

Eumi K. Lee
United States District Judge